SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
Maria Weiner

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARIA WEINER, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:17-CV-02953-LHK <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT WEBBANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Maria Weiner and defendant WebBank, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 30 days.

                                                      **Sagaria Law, P.C.**

Dated:   July 31, 2017                /s/ *Elliot Gale*
                                                      Elliot Gale
                                                      Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1