SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
Maria Weiner

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MARIA WEINER, | Case No.: 5:17-CV-02953-LHK |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT WEBBANK; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Maria Weiner and defendant WebBank, that WebBank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: August 30, 2017       Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
    Elliot W. Gale
Attorneys for Plaintiff
Maria Weiner

DATED: August 30, 2017       Doll Amir and Eley LLP

By: */s/ Chelsea Diaz*
    Chelsea Diaz
Attorneys for Defendant
WebBank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant WebBank is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs

IT IS SO ORDERED.

DATED: August 30, 2017

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE