1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  Scott M. Johnson (SBN 287182)
   SJohnson@sagarialaw.com
5  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 200
6  Roseville, CA 95661
   Telephone:  (408) 279-2288
7  Facsimile:  (408) 297-2299

8  Attorneys for Plaintiff Maria Weiner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **MARIA WEINER**, | Case No.: 5:17-cv-02953-LHK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.**, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Maria Weiner and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

DATED: June 22, 2018 **Sagaria Law, P.C.**

By:  */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Maria Weiner

DATED: June 22, 2018 **Jones Day**

By:  */s/ Benjamin C. Lee*
Benjamin Chung Lee
Attorney for Defendant Experian
Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  6/22/2018

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE